UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMAL ANSHASI,

          Plaintiff,

    v.

DUTY FREE WORLD, INC.,

          Defendant.

Case No.  15-cv-03620-HSG

**SCHEDULING ORDER**

A case management conference was held on November 17, 2015.  The Court set the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil L.R. 16-10:

| Event | Date |
|---|---|
| Deadline to Complete Initial Expert Disclosures | March 18, 2016 |
| Deadline to Complete Rebuttal Expert Disclosures | April 1, 2016 |
| Close of Fact & Expert Discovery | April 15, 2016 |
| Last Day to Hear Dispositive Motions | June 2, 2016 at 2:00 p.m. |
| Pretrial Conference | September 6, 2016 at 3:00 p.m. |
| Jury Trial | September 19, 2016 at 8:30 a.m. 4 days |

The parties are directed to review and comply with this Court's Civil Pretrial and Trial Standing Order.

**IT IS SO ORDERED.**

Dated: November 17, 2015

HAYWOOD S. GILLIAM, JR.
United States District Judge